# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Keith R. Bridgewater

                V.                            **JUDGMENT IN A CIVIL CASE**

A.K. Scriben

                                   CASE NUMBER:    07CV1340-JAH(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Habeas Corpus Petition is dismissed without prejudice.

| August 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON August 6, 2007 |